■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH A. PODBIELSKI, Appellant, v. WALTER M. WALLACK, as Warden of Wallkill Prison, Respondent.—REYNOLDS, J. Appeal from judgment entered in Supreme Court, Ulster County, on April 26, 1966, dismissing writ of habeas corpus, dismissed as academic, without costs, appellant having been resentenced by the County Court of Schenectady County on February 3, 1967. Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur in memorandum decision by Reynolds, J.